# BELOWICH & WALSH LLP
Attorneys at Law

JOANNA SANDOLO
*Counsel*

---

**APPLICATION GRANTED.**

Defendant-intervenors' remaining claims (Counterclaims I and III of their answer) are dismissed without prejudice. Fed. R. Civ. P. 41(a)(2).

*/s/ Vincent L. Briccetti*

Vincent L. Briccetti, U.S.D.J.
February 26, 2020

---

**Via ECF**

Hon. Vincent L. Briccetti
United States Courthouse
300 Quarropas Street, Room 630
White Plains, New York 10601

2/26/20

Re: *Courchevel 1850 LLC v. Espinosa, et al.*
**Case No. 7:17-cv-00799-VB**

Dear Judge Briccetti:

We are counsel for Defendant-Intervenors 4 Lafayette Realty LLC and Wisdom Equities LLC ("Defendant-Intervenors") in connection with the above-referenced action.

Pursuant to the Court's Opinion and Order, dated February 10, 2020 and entered February 11, 2020, we write to advise the that Court Defendant-Intervenors do not intend to proceed with their remaining Counterclaims for fraudulent inducement and breach of the covenant of good faith and fair dealing at this time. Defendant-Intervenors respectfully request that the same be discontinued <u>without</u> prejudice.

Defendant-Intervenors reserve all further rights and remedies.

We appreciate the Court's continued attention to this matter.

Respectfully submitted,

*Joanna Sandolo*

Joanna Sandolo

cc: Counsel for all parties via ECF