UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COURCHEVEL 1850 LLC,

      Plaintiff,

 - against -

MIGUEL ESPINOSA a/k/a MIGUEL ESPINOZA, PERLA ESPINOSA, FREEWAY GROUP INC., 4 LAFAYETTE REALTY LLC and WISDOM EQUITIES LLC,

      Defendants.
------------------------------------------------------------X

7:17-CV-00799-VLB

**JUDGMENT**

This action having been commenced on February 2, 2017, and Defendant-Intervenors 4 Lafayette Realty LLC and Wisdom Equities LLC having intervened by So-Ordered Stipulation on September 25, 2018, and asserted Counterclaims against Plaintiff, and the said Defendant-Intervenors' motion for summary judgment, pursuant to Fed. R. Civ. P. 56, on their Counterclaims for rescission for failure of consideration, breach of contract and unjust enrichment having been granted by Opinion and Order, dated February 10, 2020 and entered on February 11, 2020, it hereby is

**ORDERED, ADJUDGED AND DECREED**, that Defendant-Intervenors 4 Lafayette Realty LLC and Wisdom Equities LLC are entitled to judgment against Plaintiff Courchevel 1850 LLC in the liquidated amount of $320,000.00, together with prejudgment interest in the amount of $46,869.04 ~~$45,604.20~~ at 9% per annum from July 18, 2018, amounting in all to $366,869.04 ~~$365,604.20~~, and that the Clerk of the Court shall enter Judgment for Defendant-Intervenors and against Plaintiff in the amount of $366,869.04 ~~$365,604.20~~, together with post-judgment interest in accordance with 28 U.S.C. § 1961(a).

Dated: White Plains, New York
   ~~February __, 2020~~
   March 3, 2020

            /s/ Vincent L. Briccetti
            Hon. Vincent L. Briccetti, U.S.D.J.